**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34458 |
| | § | |
| GILBERTO AVALOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $103,972.00 | Assets Exempt: | $22,632.00 |
| Total Distributions to Claimants: | $1,378.60 | Claims Discharged Without Payment: | $165,460.61 |
| Total Expenses of Administration: | $511.40 | | |

3) Total gross receipts of $1,890.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,890.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $76,875.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $511.40 | $511.40 | $511.40 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $166,908.00 | $21,573.21 | $21,573.21 | $1,378.60 |
| **Total Disbursements** | $243,783.00 | $22,084.61 | $22,084.61 | $1,890.00 |

4). This case was originally filed under chapter 7 on 10/09/2015. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/07/2018         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account at First Midwest Bank | 1129-000 | $1,890.00 |
| **TOTAL GROSS RECEIPTS** | | $1,890.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wachovia Mortgage/World Savings and | 4110-000 | $52,657.00 | $0.00 | $0.00 | $0.00 |
| | Wfs Financial/Wachovia Dealer Srvs | 4110-000 | $24,218.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $76,875.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $472.50 | $472.50 | $472.50 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $23.04 | $23.04 | $23.04 |
| Green Bank | 2600-000 | NA | $15.86 | $15.86 | $15.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $511.40 | $511.40 | $511.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $10,204.00 | $10,154.72 | $10,154.72 | $648.92 |
| 2 | MIDLAND CREDIT MANAGEMENT INC | 7100-900 | $1,126.00 | $1,105.63 | $1,105.63 | $70.65 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $10,312.00 | $10,312.86 | $10,312.86 | $659.03 |
| | Bank of America | 7100-000 | $79,286.00 | $0.00 | $0.00 | $0.00 |
| | Cda/pontiac | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $3,910.00 | $0.00 | $0.00 | $0.00 |
| | Ditech Financial Llc | 7100-000 | $61,420.00 | $0.00 | $0.00 | $0.00 |
| | Wachovia Mortgage/World Savings and Loan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $166,908.00 | $21,573.21 | $21,573.21 | $1,378.60 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-34458 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | AVALOS, GILBERTO | | | Date Filed (f) or Converted (c): | 10/09/2015 (f) |
| For the Period Ending: | 3/7/2018 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 10/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 3948 W 153rd St, Midlothian IL 60445 | $95,600.00 | $12,343.00 | | $0.00 | FA |
| 2 | Checking Account at First Midwest Bank | $500.00 | $1,890.36 | | $1,890.00 | FA |
| **Asset Notes:** | $2390.36 was actual filing date balance per bank statements. | | | | | |
| 3 | Misc used household goods and furnishings, including: Sofa, Loveseat, Televisions, VCR, Coffee Table, Dining Table/Chairs, Refrigerator, Stove, Microwave, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Bedroom Sets, Lawnmower, Misc. Tools (Debtor owns 1/2 interest with non-filing spouse) | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Family pictures | $50.00 | $0.00 | | $0.00 | FA |
| 5 | Personal Used Clothing | $700.00 | $0.00 | | $0.00 | FA |
| 6 | Watch | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Employer Term Life Insurance - No Cash Surrender Value | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Union pension | Unknown | $0.00 | | $0.00 | FA |
| 9 | Pension Through Employer | Unknown | $0.00 | | $0.00 | FA |
| 10 | Anticipated Child Tax Credit for year 2015 (Debtor has 1/2 interest with non filing spouse) | $482.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedules (Docket #41 - 10/03/2016) | | | | | |
| 11 | 2014 Chrysler Sedan 4D 300S V6 with 20,000 miles (Debtor owns 1/2 interest with non filng spouse) | $21,700.00 | $0.00 | | $0.00 | FA |
| 12 | 2007 Chevy Silverado 1500 4D Extended Cab with 118,562 miles | $6,500.00 | $600.00 | | $0.00 | FA |
| **Asset Notes:** | 9/12/16: CarMax appraisal provided $6500.00  Updated per amended schedules (Docket #41 - 10/03/2016) | | | | | |
| 13 | 2015 IL State Tax Refund (Debtor has 1/2 interest) (u) | $22.00 | $22.00 | | $0.00 | FA |
| **Asset Notes:** | Added per amended schedules (Docket #41 - 10/03/2016) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 15-34458 | | Trustee Name: | David Leibowitz |
| Case Name: | AVALOS, GILBERTO | | Date Filed (f) or Converted (c): | 10/09/2015 (f) |
| For the Period Ending: | 3/7/2018 | | §341(a) Meeting Date: | 12/02/2015 |
| | | | Claims Bar Date: | 10/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

| | $126,604.00 | $14,855.36 | | $1,890.00 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

12/08/2017  Trustee filed two motions for turnover in order to ascertain true amount of non-exempt property/funds as of the Petition Date. Established a final amount of $1890.36 in non-exempt funds in Debtor's bank account.

The Trustee set up a payment plan with the debtor to remit $200 per month, with a final payment of $90.36 due on 5/30/17. Debtor did not make his final two payments until after the Trustee filed a motion for rule to show cause.
Case is ready for TFR.

| Initial Projected Date Of Final Report (TFR): | 12/31/2017 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34458 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | AVALOS, GILBERTO | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9160 | | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Avalos Gilverto |
| For Period Beginning: | 10/9/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/7/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/07/2016 | (2) | AVALOS, GILBERTO | Non-Exempt Funds per Turnover Order (dkt 40) - (1 of 9) | 1129-000 | $400.00 | | $400.00 |
| 10/24/2016 | (2) | AVALOS, GILBERTO | Non-Exempt Funds per Turnover Order (dkt 40) - (2 of 9) | 1129-000 | $200.00 | | $600.00 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.48 | $599.52 |
| 11/16/2016 | (2) | AVALOS, GILBERTO | Non-Exempt Funds per Turnover Order (dkt 40) - (3 of 9) | 1129-000 | $200.00 | | $799.52 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.08 | $798.44 |
| 12/27/2016 | (2) | AVALOS, GILBERTO | Non-Exempt Funds per Turnover Order (dkt 40) - (4 of 9) | 1129-000 | $200.00 | | $998.44 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.33 | $997.11 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.60 | $995.51 |
| 02/02/2017 | (2) | AVALOS, GILBERTO | Non-Exempt Funds per Turnover Order (dkt 40) - (5 of 9) | 1129-000 | $200.00 | | $1,195.51 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.73 | $1,193.78 |
| 03/07/2017 | (2) | AVALOS, GILBERTO | [VOID] - Non-Exempt Funds per Turnover Order (dkt 40) | 1129-000 | $200.00 | | $1,393.78 |
| 03/21/2017 | (2) | AVALOS, GILBERTO | [VOID] - Non-Exempt Funds per Turnover Order (dkt 40) | 1129-000 | ($200.00) | | $1,193.78 |
| 03/21/2017 | (2) | GILBERTO AVALOS | Non-Exempt Funds per Turnover Order (dkt 40) - (6 of 9) | 1129-000 | $200.00 | | $1,393.78 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.17 | $1,391.61 |
| 04/06/2017 | (2) | AVALOS, GILBERTO | Non-Exempt Funds per Turnover Order (dkt 40) - (7 of 9) | 1129-000 | $200.00 | | $1,591.61 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.27 | $1,589.34 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.56 | $1,586.78 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.64 | $1,584.14 |
| 08/21/2017 | (2) | Gilberto Avalos | Non-Exempt Funds per Turnover Order (dkt 40) - (8 of 9) | 1129-000 | $200.00 | | $1,784.14 |
| | | | **SUBTOTALS** | | $1,800.00 | $15.86 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34458 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AVALOS, GILBERTO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9160 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Avalos Gilverto |
| For Period Beginning: | 10/9/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/7/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/21/2017 | (2) | Gilberto Avalos | Non-Exempt Funds per Turnover Order (dkt 40) - (9 of 9) | 1129-000 | $90.00 | | $1,874.14 |
| 01/25/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $23.04 | $1,851.10 |
| 01/25/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $472.50 | $1,378.60 |
| 01/25/2018 | 3003 | Discover Bank | Claim #: 1; Amount Claimed: $10,154.72; Distribution Dividend: 6.39%; | 7100-900 | | $648.92 | $729.68 |
| 01/25/2018 | 3004 | MIDLAND CREDIT MANAGEMENT INC | Claim #: 2; Amount Claimed: $1,105.63; Distribution Dividend: 6.39%; | 7100-900 | | $70.65 | $659.03 |
| 01/25/2018 | 3005 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: $10,312.86; Distribution Dividend: 6.39%; | 7100-900 | | $659.03 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $1,890.00 | $1,890.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,890.00 | $1,890.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,890.00 | $1,890.00 | |

| For the period of 10/9/2015 to 3/7/2018 | | For the entire history of the account between 10/07/2016 to 3/7/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,890.00 | Total Compensable Receipts: | $1,890.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,890.00 | Total Comp/Non Comp Receipts: | $1,890.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,890.00 | Total Compensable Disbursements: | $1,890.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,890.00 | Total Comp/Non Comp Disbursements: | $1,890.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34458 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AVALOS, GILBERTO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9160 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Avalos Gilverto |
| For Period Beginning: | 10/9/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/7/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,890.00 | $1,890.00 | $0.00 |

**For the period of 10/9/2015 to 3/7/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,890.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,890.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,890.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,890.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/09/2015 to 3/7/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,890.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,890.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,890.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,890.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ